Argued and submitted June 16, affirmed July 7, petition for review allowed October 6, 2010 (349 Or 171)

FARMERS INSURANCE COMPANY
OF OREGON,
*Plaintiff-Respondent,*

*v.*

Tosha K. MOWRY,
*Defendant-Appellant.*

Multnomah County Circuit Court
080202045; A141214

234 P3d 1098

Kathryn H. Clarke argued the cause for appellant. With her on the briefs was Hala J. Gores.

Thomas M. Christ argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Carson, Senior Judge.

PER CURIAM